# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### WINCHESTER DIVISION


| | | |
|---|---|---|
| **BARRY K. PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.** ___4:04-CV-97__ |
| | ) | |
| **TOWN OF TRACY CITY BOARD** | ) | |
| **OF MAYOR and ALDERMEN, DANNY** | ) | |
| **THOMAS in his individual and official** | ) | |
| **capacity as MAYOR OF TRACY CITY** | ) | |
| **and GLENN CHURCH, in his** | ) | |
| **individual and official capacity as** | ) | |
| **Alderman,** | ) | |
| | ) | |
| **Defendants.** | ) | |


## STIPULATION OF DISMISSAL


Come the parties, by their attorneys, pursuant to Rule 41 of the Federal Rules of

Civil Procedure, and announce to the court that the parties stipulate a dismissal of this

action, without prejudice.



Respectfully submitted,



s/  Michelle M. Benjamin_____
Michelle M. Benjamin, BPR No. 12377
Attorney for Plaintiff

P. O. Box 177
Winchester, TN  37398
(931) 962-0006


s/ Stacey L. Archer
Stacey L. Archer, BPR No. 021368
Robinson, Smith & Wells
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
(423) 756-5051